U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number: 1:08-CV-02975

CHARLOTTE KRUSE Individually
and as Special Administrator on behalf of the Estate of HENRY
KRUSE, Deceased, Plaintiff
v.
Anaconda Wire and Cable, et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CBS Corporation, a Delaware Corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania Corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse").

| NAME (Type or print) |
| --- |
| Christina E. Dubis |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Christina E. Dubis |
| FIRM |
| Foley & Mansfield, PLLP |
| STREET ADDRESS |
| 1001 Highlands Plaza Drive West, Suite 400 |
| CITY/STATE/ZIP |
| St. Louis, MO 63110 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6242820 | 314-645-7788 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |