IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CHARLOTTE KRUSE Individually and
as Special Administrator on behalf of the
Estate of HENRY KRUSE, Deceased,

        Plaintiff,

v.

ANACONDA WIRE AND CABLE, et al.,

        Defendants.

CASE NO. 1:08-CV-02975
JUDGE


MAGISTRATE JUDGE

## ANSWER TO COMPLAINT AND DEFENSES

In accordance with the order, as amended, entered by the Honorable Charles R. Weiner on August 20, 1986, In Re:  Asbestos Litigation, Misc. Docket No. 86-0457 (E.D. Pa.), this document serves as an Answer on behalf of CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), to Plaintiff's Complaint, and all allegations contained in or incorporated in Plaintiff's Complaint, are denied.  This also serves to incorporate by reference the Westinghouse's Master Affirmative Defenses including any amendments and supplements thereto.

**FOLEY & MANSFIELD PLLP**

*/s/ Christina E. Dubis*
Christina E. Dubis - #6242820
Daniel G. Donahue - #6193558
Foley & Mansfield PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110
Phone: 314-645-7788 x 239
Fax: 314-645-9945
Attorney for Defendant, Westinghouse

Dated: June 19, 2008