IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE KRUSE Individually and as Special Administrator on behalf of the Estate of HENRY KRUSE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ANACONDA WIRE AND CABLE, et al.,<br><br>Defendants. | CASE NO. 1:08-CV-02975<br><br>JUDGE<br><br><br>MAGISTRATE JUDGE |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), furnishes the following in compliance with Rule 1.6(e) of this court:

(1) CBS Corporation, a Delaware Corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation;

(2) (a) none;
    (b) none;

(3) **Eckert Seamans Cherin & Mellott, LLC**
    44th Floor, 600 Grant St.
    Pittsburgh, PA 15219

(4) **Foley & Mansfield PLLP**
    1001 Highlands Plaza Drive West
    St. Louis, MO 63110

**FOLEY & MANSFIELD PLLP**

<u>*/s/ Christina E. Dubis*</u>
Christina E. Dubis - #6242820
Daniel G. Donahue - #6193558
Foley & Mansfield PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110
Phone: 314-645-7788 x 239
Fax: 314-645-9945
Attorney for Defendant, Westinghouse

Dated: June 19, 2008