IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE KRUSE Individually and as Special Administrator on behalf of the Estate of HENRY KRUSE, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>ANACONDA WIRE AND CABLE, et al.,<br><br>      Defendants. | CASE NO. 1:08-CV-02975<br>JUDGE<br><br><br>MAGISTRATE JUDGE |

## NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel on Multidistrict Litigation entered an order transferring all asbestos cases pending before the federal court to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions," or actions involving common questions of fact filed after the January 17, 1991, filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

> Any party or counsel in actions previously transferred under any section 1407 or under consideration by the Panel for transfer under section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the court that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania. The Clerk of

the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

**FOLEY & MANSFIELD PLLP**

*/s/ Christina E. Dubis*
Christina E. Dubis - #6242820
Daniel G. Donahue - #6193558
Foley & Mansfield PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110
Phone: 314-645-7788 x 239
Fax: 314-645-9945
Attorney for Defendant, Westinghouse

Dated: June 19, 2008

**Mailed to:**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004