# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | |
| This Document Relates To: | |
| CHARLOTTE KRUSE, Individually and as Special Administrator on behalf of the Estate of Henry Kruse, deceased, | |
| Plaintiff, | CIVIL ACTION NO. MDL 875 |
| v. | |
| GENERAL ELECTRIC, CO., *et al.*, | |
| Defendants. | |
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS | |
| CIVIL ACTION NO. 08-CV-2975 | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on June 23, 2008, the undersigned caused to be filed electronically with the Clerk for the United States District Court for the Northern District of Illinois, Owens-Illinois, Inc.'s Notification as to Affiliates.

          By: /s/ Matthew J. Fischer
             Matthew J. Fischer
             Attorney for Defendant Owens-Illinois, Inc.

SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : |
| This Document Relates To: | : : |
| CHARLOTTE KRUSE, Individually and as Special Administrator on behalf of the Estate of Henry Kruse, deceased, | : : : : |
| Plaintiff, | : : |
| v. | CIVIL ACTION NO. MDL 875 |
| GENERAL ELECTRIC, CO., *et al.*, | : : |
| Defendants. | : : |
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS | : : : |
| CIVIL ACTION NO. 08-CV-2975 | : |

**OWENS-ILLINOIS, INC.'S NOTIFICATION AS TO AFFILIATES**

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Owens-Illinois, Inc. states that it has no parent corporations and that no publicly held company owns 5% or more of its stock as of the date of this filing.

Dated: June 23, 2008

Respectfully submitted,

By: /s/ Matthew J. Fischer
    Matthew J. Fischer
    Attorney for Defendant Owens-Illinois, Inc.

SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

-1-

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 23, 2008, he electronically filed the foregoing Notification as to Affiliates with the Clerk for the United States District Court for the Northern District of Illinois by using the CM/ECF system which will send notification of such filing to each registered party upon the filing of the electronic document, including:

>Michael P. Cascino
>Cascino Vaughan Law Offices, Ltd.
>220 South Ashland Avenue
>Chicago, IL 60607

Dated: June 23, 2008

>By: /s/ Matthew J. Fischer
>Matthew J. Fischer
>Attorney for Defendant Owens-Illinois, Inc.

SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600