

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-CV-02975 |
|---|---|
| Charlotte Kruse, Individually and as Special Administrator on behalf of the Estate of Henry Kruse, Deceased, Plaintiff<br>v.<br>Anaconda Wire and Cable, et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**FILED**

JUN 2 4 2008  TC
JUN 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Daniel G. Donahue |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Daniel G. Donahue |

| FIRM |
|---|
| Foley & Mansfield, PLLP |

| STREET ADDRESS |
|---|
| 1001 Highlands Plaza Drive West, Suite 400 |

| CITY/STATE/ZIP |
|---|
| St. Louis, MO 63110 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6193558 | 314-645-7788 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐