IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE KRUSE Individually and as Special Administrator on behalf of the Estate of HENRY KRUSE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ANACONDA WIRE AND CABLE, et al.,<br><br>Defendants. | CASE NO. 1:08-CV-02975<br>JUDGE<br><br>MAGISTRATE JUDGE |

## JURY DEMAND

The defendant, CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation (hereinafter "Westinghouse"), hereby demands a jury on all issues of liability and damages, pursuant to Federal Rule of Civil Procedure 38.

FILED
JUN 2 4 2008  T C
JUN 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FOLEY & MANSFIELD PLLP

*Christina Dubis*

Christina E. Dubis - #6242820
Daniel G. Donahue - #6193558
Foley & Mansfield PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110
Phone: 314-645-7788 x 239
Fax: 314-645-9945
Attorney for Defendant, Westinghouse

Dated: June 19, 2008