**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ------------------------------------------------------ :<br>IN RE:  ASBESTOS PRODUCTS :<br>LIABILITY LITIGATION (NO. VI) :<br>------------------------------------------------------ :<br>This Document Relates To: :<br>:<br>CHARLOTTE KRUSE, Individually and as :<br>Special Administrator on behalf of the Estate :<br>of Henry Kruse, deceased, :<br>:<br>                              Plaintiff, :<br>:<br>v. :<br>:<br>GENERAL ELECTRIC, CO., *et al.*, :<br>:<br>                              Defendants. :<br>:<br>UNITED STATES DISTRICT COURT :<br>NORTHERN DISTRICT OF ILLINOIS :<br>:<br>CIVIL ACTION NO. 08-CV-2975 :<br>------------------------------------------------------ : | CIVIL ACTION NO. MDL 875 |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on July 10, 2008, the undersigned caused to be filed electronically with the Clerk for the United States District Court for the Northern District of Illinois, Georgia-Pacific LLC f/k/a/ Georgia-Pacific Corporation's Notification as to Affiliates.

                                                      By: /s/ Michael W. Drumke
                                                           Michael W. Drumke
                                                            Attorney for Defendant Georgia-Pacific LLC
                                                            f/k/a/ Georgia-Pacific Corporation

SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------- :
IN RE:  ASBESTOS PRODUCTS :
LIABILITY LITIGATION (NO. VI) :
---------------------------------------------------- :
This Document Relates To: :
  :
CHARLOTTE KRUSE, Individually and as :
Special Administrator on behalf of the Estate :
of Henry Kruse, deceased, :
  :
                            Plaintiff, :
  :   CIVIL ACTION NO. MDL 875
v. :
  :
GENERAL ELECTRIC, CO., *et al.*, :
  :
                        Defendants. :
  :
UNITED STATES DISTRICT COURT :
NORTHERN DISTRICT OF ILLINOIS :
  :
CIVIL ACTION NO. 08-CV-2975 :
---------------------------------------------------- :

## **GEORGIA-PACIFIC LLC f/k/a/ GEORGIA-PACIFIC CORPORATION'S NOTIFICATION AS TO AFFILIATES**

    Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Georgia-Pacific LLC f/k/a/ Georgia-Pacific Corporation states that it is not a public company and that no publicly held affiliate is a member of Georgia-Pacific LLC.

                                                Respectfully submitted,

                                                By: /s/ Michael W. Drumke
                                                     Michael W. Drumke
                                                     Attorney for Defendant Georgia-Pacific LLC
                                                     f/k/a/ Georgia-Pacific Corporation

SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 10, 2008, he electronically filed the foregoing Notification as to Affiliates with the Clerk for the United States District Court for the Northern District of Illinois by using the CM/ECF system which will send notification of such filing to each registered party upon the filing of the electronic document, including:

Michael Peter Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607
(312) 944-0600
michaelp.cascino@gmail.com

Daniel G. Donahue
Foley & Mansfield, PLLP
1001 Highlands Plaza Drive West,
Suite 400
St. Louis, MO 63110
314-645-7788

Christina E. Dubis
Foley & Mansfield PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110
314 645 7788
cdubis@foleymansfield.com

Edward P Kenney
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
ekenney@sidley.com

Maja C. Eaton
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
meaton@sidley.com

Matthew J. Fischer
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606
(312) 258-5500
mfischer@schiffhardin.com

Kate Jillian Grossman
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312 853 7083
kgrossman@sidley.com

By: /s/ Michael W. Drumke
    Michael W. Drumke
    Attorney for Defendant Georgia-Pacific LLC
    f/k/a/ Georgia-Pacific Corporation

SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600