R7508

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLOTTE KRUSE, individually and as Administrator on behalf of the Estate of Henry Kruse, Deceased, | ) ) ) ) | IN RE: ASBESTOS LITIGATION |
| Plaintiff, | ) ) | |
| vs. | ) ) | LAW NO. 08 CV 2975 |
| GENERAL ELECTRIC COMPANY, et al., | ) ) | |
| Defendants. | ) | |

## SUMMARY ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND

NOW COMES the Defendant, UNION CARBIDE CORPORATION, by its attorney, Adam J. Lagocki, of the law firm of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to the Pretrial Order No. 1, Section 4(c) filed September 18, 1991, which was made pursuant to the Order of the Judicial Panel on Multi-district Litigation dated July 29, 1991, files as its Summary Answer and Affirmative Defenses as follows:

### FIRST DEFENSE

Defendant UNION CARBIDE CORPORATION denies the material allegations of plaintiff's Complaint.

### SECOND DEFENSE

The Complaint fails to state a cause of action.

### THIRD DEFENSE

Plaintiff's claims are barred by the applicable statutes of limitation and statutes of repose.

HEYL ROYSTER VOELKER & ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

1

R7508

## FOURTH DEFENSE

Plaintiff seeks a single judgment against all defendants jointly and severally but fails to show a basis for joint and several liability under Illinois law. Joinder of all defendants in each count is inappropriate.

## FIFTH DEFENSE

Plaintiff assumed the risk of injury, misused the products in question and was guilty of contributory and comparative negligence.

## SIXTH DEFENSE

Any damages sustained by plaintiff are not the result of conduct of these defendants but were rather the result of intervening superceding acts or omissions of others.

## SEVENTH DEFENSE

Punitive damages may not constitutionally be recovered.

**DEFENDANT DEMANDS TRIAL BY JURY.**

UNION CARBIDE CORPORATION


By:_____s/Adam J. Lagocki_____
HEYL, ROYSTER, VOELKER & ALLEN
Christopher P. Larson
#6187711
Tobin J. Taylor
#6238227
Adam J. Lagocki
#6280422

HEYL ROYSTER
VOELKER
& ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

R7508

## PROOF OF SERVICE

I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

*See attached list.

/s/Adam J. Lagocki

AJL/dmm
I:\08\R7508\R7508PAN 001 UCC Answer.wpd

**HeylRoyster**
**Voelker**
**&Allen**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

3

Charlotte Kruse, SpAm of Henry Kruse, Dec.      7/29/2008
HRVA File: R7508

# SERVICE LIST

**Matter #**    **R7508**                    Page 1

---

Phone Number:
Fax Number:

Cablec Corporation

---

**Craig Liljestrand**

Hinshaw & Culbertson
222 N. LaSalle St., Ste. 300
Chicago, IL 60601-1081
Phone Number: (312) 704-3000
Fax Number: (312) 704-3001

Rapid American Corp.

Viacom, Inc., as successor to CBS Corp. f/ka/ Westinghouse Electric Corp.

---

**Douglas P. Roller**

Helfrey, Simons & Jones
120 S. Central, Ste. 1500
St. Louis, MO 63105-
Phone Number: (314) 725-9100
Fax Number: (314) 725-5754

Durabla Manufacturing Company

---

**Edward McCambridge/James R. Williams**

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number: (312) 645-7800
Fax Number: (312) 645-7711

Okonite Co.

---

**James Carter**

Carter Law Offices
416 Main, Ste. 529
Peoria, IL 61602-
Phone Number: (309) 673-3517
Fax Number: (309) 673-3318

Thermo Electric Company, Inc.

---

**John J. O'Sullivan/Steven P. Mikuzis**

Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611-
Phone Number: (312) 321-9100
Fax Number:

Anaconda Wire & Cable Co.

---

**Joseph J. O'Hara, Jr.**

Schiff, Hardin, LLP
233 S. Wacker Dr., Ste. 6600
Chicago, IL 60606-6473
Phone Number: (312) 258-5500
Fax Number: (312) 258-5600

Georgia Pacific Corporation

Owens-Illinois, Inc.

Uniroyal, Inc.

---

**Maja C. Eaton/John A. Heller/Katherine E. Graf**

Sidley, Austin, Brown & Wood
One S. Dearborn St.
Chicago, IL 60603-
Phone Number: (312) 853-7000
Fax Number: (312) 853-7036

General Electric Company

---

**Manuel Sanchez**

Sanchez & Daniels
333 W. Wacker Dr., Ste. 500
Chicago, IL 60606-
Phone Number: (312) 641-1555
Fax Number: (312) 641-3004

Rockbestos Company (Rockbestos-Suprenant Cable Corp.)

---

**Michael P. Cascino/Robert G. McCoy/Salvador G**

Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-
Phone Number: (312) 944-0600
Fax Number: (312) 944-1870

PLAINTIFF'S ATTORNEY - CASCINO

| *Matter #* **R7508** | Page 2 |
|---|---:|

**Robert Spitkovsky, Jr./Kevin G. Owens**

Johnson & Bell, Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL 60603-
Phone Number:　(312) 372-0770
Fax Number:　　(312) 372-9818

Gibson Homans