R7508

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLOTTE KRUSE, individually and as ) | IN RE: ASBESTOS LITIGATION |
| Administrator on behalf of the Estate of ) | |
| Henry Kruse, Deceased, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | LAW NO. 08 CV 2975 |
| ) | |
| GENERAL ELECTRIC COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF TAG-ALONG ACTION AND MOTION TO STAY PROCEEDINGS

PLEASE TAKE NOTICE that on July 29, 1991, the Judicial Panel of Multi-District Litigation entered an order transferring all asbestos cases pending in the federal courts to the United States District Court, Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Transfer Order"). That Order also applies to "tag-along actions", or actions involving common questions of fact filed after January 17, 1991 filings of the Panel's Order to Show Cause. MDL Rule 13(e) provides:

Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned notifies the Court and the Panel that this case is a potential "tag-along action" which may be subject to transfer to the Eastern District of Pennsylvania, and further moves this Court to stay the instant proceeding pending acknowledgment of the acceptance or rejection to the transfer. The Clerk of the Panel may either : (1) enter a conditional transfer Order pursuant to

HEYLROYSTER
VOELKER
&ALLEN

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

1

R7508

MDL Rule 12(a); or (2) file an Order to Show Cause why the action should not be transferred, pursuant to MDL Rule 13(b).

This is also to certify that this same pleading has been mailed this date to the Clerk of the Judicial Panel on Multi-District Litigation, Thurgood Marshall Federal Judiciary Building, One Columbus Circle, N.E., Room 6-255, North Lobby, Washington, D.C. 20002.

UNION CARBIDE CORPORATION


By:_____ s/Adam J. Lagocki_____
HEYL, ROYSTER, VOELKER & ALLEN
Christopher P. Larson
#6187711
Tobin J. Taylor
#6238227
Adam J. Lagocki
#6280422


PROOF OF SERVICE

I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

*See attached list.

_____ /s/Adam J. Lagocki _____

AJL/dmm
I:\08\R7508\R7508PMI 001 Notice of Tag-Along.wpd

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 600
124 S.W. Adams Street
Peoria, IL 61602-1352
Fax (309) 676-3374
(309) 676-0400

Charlotte Kruse, SpAm of Henry Kruse, Dec.                                    7/29/2008
HRVA File:   R7508

# SERVICE LIST

| *Matter #*     **R7508** | Page 1 |
|---|---|

Phone Number:
Fax Number:

Cablec Corporation

---

**Craig Liljestrand**

Hinshaw & Culbertson
222 N. LaSalle St., Ste. 300
Chicago, IL 60601-1081
Phone Number:   (312) 704-3000
Fax Number:     (312) 704-3001

Rapid American Corp.

Viacom, Inc., as successor to CBS Corp. f/ka/ Westinghouse
Electric Corp.

---

**Douglas P. Roller**

Helfrey, Simons & Jones
120 S. Central, Ste. 1500
St. Louis, MO 63105-
Phone Number:   (314) 725-9100
Fax Number:     (314) 725-5754

Durabla Manufacturing Company

---

**Edward McCambridge/James R. Williams**

Segal, McCambridge, Singer & Mahone
233 South Wacker Drive, Suite 5500
Chicago, IL 60606-
Phone Number:   (312) 645-7800
Fax Number:     (312) 645-7711

Okonite Co.

---

**James Carter**

Carter Law Offices
416 Main, Ste. 529
Peoria, IL 61602-
Phone Number:   (309) 673-3517
Fax Number:     (309) 673-3318

Thermo Electric Company, Inc.

---

**John J. O'Sullivan/Steven P. Mikuzis**

Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611-
Phone Number:   (312) 321-9100
Fax Number:

Anaconda Wire & Cable Co.

---

**Joseph J. O'Hara, Jr.**

Schiff, Hardin, LLP
233 S. Wacker Dr., Ste. 6600
Chicago, IL 60606-6473
Phone Number:   (312) 258-5500
Fax Number:     (312) 258-5600

Georgia Pacific Corporation

Owens-Illinois, Inc.

Uniroyal, Inc.

---

**Maja C. Eaton/John A. Heller/Katherine E. Graf**

Sidley, Austin, Brown & Wood
One S. Dearborn St.
Chicago, IL 60603-
Phone Number:   (312) 853-7000
Fax Number:     (312) 853-7036

General Electric Company

---

**Manuel Sanchez**

Sanchez & Daniels
333 W. Wacker Dr., Ste. 500
Chicago, IL 60606-
Phone Number:   (312) 641-1555
Fax Number:     (312) 641-3004

Rockbestos Company (Rockbestos-Suprenant Cable Corp.)

---

**Michael P. Cascino/Robert G. McCoy/Salvador G**

Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, IL 60607-
Phone Number:   (312) 944-0600
Fax Number:     (312) 944-1870

PLAINTIFF'S ATTORNEY - CASCINO

*Matter #*   **R7508**                                                    Page 2

**Robert Spitkovsky, Jr./Kevin G. Owens**

Johnson & Bell, Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL 60603-
Phone Number:   (312) 372-0770
Fax Number:      (312) 372-9818

Gibson Homans